Vanessa R. Waldref
United States Attorney
Eastern District of Washington
Patrick J. Cashman
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

JUN 07 2022

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

Plaintiff,

v.

RAYMOND JOHN PFLUGER

Defendant.

2:22-CR-66-TOR

INDICTMENT

Vio.: 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii)
Distribution of 5 Grams or More of Actual (Pure) Methamphetamine
(Count 1)

21 U.S.C. § 841(a)(1), (b)(1)(C)
Distribution of Fentanyl
(Count 2)

21 U.S.C. § 853
Forfeiture Allegations

The Grand Jury charges:

COUNT ONE

On or about ~~or about~~ (RJC) December 7, 2021, in the Eastern District of Washington, the Defendant, RAYMOND JOHN PFLUGER, did knowingly distribute 5 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B)(viii).

INDICTMENT-1

## COUNT TWO

On or about ~~or about~~ (DJC) December 28, 2021, in the Eastern District of Washington, the Defendant, RAYMOND JOHN PFLUGER did knowingly distribute a mixture or substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide (a/k/a Fentanyl), a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C).

## NOTICE OF CRIMINAL FORFEITURE

The allegations contained in this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense(s) in violation of 21 U.S.C. § 841, as set forth in this Indictment, Defendant RAYMOND JOHN PFLUGER, JR., shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offense(s) and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense(s).

If any forfeitable property, as a result of any act or omission of the Defendant:

    a.    cannot be located upon the exercise of due diligence;

    b.    has been transferred or sold to, or deposited with, a third party;

    c.    has been placed beyond the jurisdiction of the court;

    d.    has been substantially diminished in value; or

    e.    has been commingled with other property which cannot be divided without difficulty,

//

//

//

//

INDICTMENT-2

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 7 day of June, 2022.

Vanessa R. Waldref
United States Attorney

Patrick J. Cashman
Assistant United States Attorney

INDICTMENT-3