Brooke D. Hagara
Hagara Law, PLLC
1410 N. Mullan Rd. Ste. 207
Spokane Valley, WA 99206
Telephone: (509) 290-6540
brooke@hagaralaw.com

Attorney for Defendant
Raymond John Pfluger

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>RAYMOND JOHN PFLUGER,<br><br>　　　　Defendant | Case No.: 2:22-CR-66-TOR<br><br>EXPEDITED MOTION TO REOPEN DETENTION AND RELEASE<br><br>SPOKANE – WITH ORAL ARGUMENT<br><br>AUGUST 15, 2022 AT 6:30 P.M. |

　　　On June 28, 2022, an initial appearance and arraignment was held for Raymond John Pfluger. ECF No. 12. A detention hearing was set for June 30, 2022, at 1:30 p.m. ECF No. 16. On that date, Mr. Pfluger waived his detention hearing, subject to the right to return before the Court upon a change in

EXPEDITED MOTION TO REOPEN DETENTION AND RELEASE SPOKANE – WITH ORAL ARGUMENTAUGUST 15, 2022 AT 6:30 P.M. - 1

circumstances. ECF No. 20. Mr. Pfluger now requests the Court schedule a detention hearing based on a change in circumstance pursuant to 18 U.S.C. § 3142(f). Mr. Pfluger has attended an assessment that recommends treatment and a bed date has been identified for either August 17 or 18, 2022, depending on when the Court is able to set the matter for an expedited hearing.

Mr. Pfluger respectfully requests he be released to an inpatient bed at Pioneer Center East. Transportation has been secured through PCE.

The United States does not object to the reopening of the issue of detention, or to Mr. Pfluger's request to be released to in-patient treatment, although it does request Mr. Pfluger be remanded back to the custody of the USMS at the conclusion of his inpatient treatment. Mr. Pfluger requests the Court issue a release order and/or set a detention hearing on August 17, 2022 at 1:30 p.m. to address his request.

Dated: August 15, 2022.

Hagara Law, PLLC

/s/ Brooke D. Hagara
Brooke Diane Hagara, WSBA #35566
1410 N. Mullan Rd., Ste. 207
Spokane Valley, WA 99206
T: (509) 290-6540
brooke@hagaralaw.com

EXPEDITED MOTION TO REOPEN DETENTION AND RELEASE SPOKANE – WITH ORAL ARGUMENTAUGUST 15, 2022 AT 6:30 P.M. - 2

SERVICE CERTIFICATE

I certify that on August 15, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System, which will notify Assistant United States Attorney: Patrick Cashman.

/s/ Brooke D. Hagara
Brooke Diane Hagara, WSBA #35566
1410 N. Mullan Rd., Ste. 207
Spokane Valley, WA 99206
T: (509) 290-6540
brooke@hagaralaw.com
