# UNITED STATES DISTRICT COURT

for

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 25, 2022

SEAN F. McAVOY, CLERK

| | | | |
|---|---|---|---|
| U.S.A. vs. | Pfluger, Raymond John | Docket No. | 0980 2:22CR00066-TOR-1 |

**Petition for Action on Conditions of Pretrial Release**

COMES NOW Erik Carlson, PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of defendant Raymond John Pfluger, who was placed under pretrial release supervision by the Honorable U.S. Magistrate Judge James A. Goeke, sitting in the Court at Spokane, Washington, on the 18th day of August 2022, (CM/ECF No. 33) and again on the 5th day of October 2022, (CM/ECF No. 38) under the following conditions:

**Additional Condition #12:** Defendant shall participate in any mental health treatment and an outpatient substance abuse treatment program as recommended by his treatment provider and/or U.S. Probation (CM/ECF No. 38).

**Additional Condition #14:** Defendant shall submit to random urinalysis and/or Breathalyzer testing as directed by the United States Probation/Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may by used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing (CM/ECF No. 33).

**Additional Condition #17:** Defendant shall reside at Hutton House and may not change residence without prior approval from Pretrial Services (CM/ECF No. 38).

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On October 6, 2022, the undersigned officer reviewed the conditions of pretrial release supervision with Mr. Pfluger. He acknowledged an understanding of the release conditions at that time.

**Violation #1:** Raymond John Pfluger is alleged to have violated the conditions of pretrial release supervision by failing to attend intensive outpatient substance abuse treatment group sessions at Pioneer Human Services since approximately October 17, 2022.

On or about October 6, 2022, Mr. Pfluger successfully completed inpatient substance abuse treatment at Pioneer Center East (PCE) in Spokane, Washington. Subsequently, PCE referred Mr. Pfluger to Pioneer Human Services (PHS) for outpatient substance abuse treatment services.

On October 11, 2022, the undersigned officer confirmed with PHS staff that Mr. Pfluger had been admitted into intensive outpatient substance abuse treatment services (IOP) at that agency. IOP services required Mr. Pfluger to attend three group substance abuse treatment sessions per week.

On October 20, 2022, PHS staff advised Mr. Pfluger had not attended IOP treatment groups since October 17, 2022. PHS did confirm Mr. Pfluger reported for an individual treatment session on October 18, 2022, but failed to attend a follow up appointment on October 21, 2022.

**Violation #2:** Raymond John Pfluger is alleged to have violated the conditions of pretrial release supervision by failing to report for random drug testing at PHS on October 18, 2022.

On October 6, 2022, the undersigned officer referred Mr. Pfluger to the phase urinalysis program at Pioneer Human Services (PHS). Mr. Pfluger was instructed to contact PHS daily to determine if he was required to submit to random drug testing.

On October 18, 2022, Mr. Pfluger failed to report for random drug testing at PHS.

Re: Pfluger, Raymond John
October 25, 2022
Page 2

**Violation #3:** Raymond John Pfluger is alleged to have violated the conditions of pretrial release supervision by changing his residence, from the Hutton House, without prior permission.

On October 14, 2022, the undersigned officer contacted Mr. Pfluger to arrange for a meeting at his residence (Hutton House). Mr. Pfluger advised he was unable to meet at his residence on that date. He asked if he could move out of the Hutton House and reside with his significant other. Due to Mr. Pfluger just moving into the Hutton House on or about October 6, 2022, the undersigned officer did not approve him to change his residence at that time.

On October 18, 2022, a substance abuse counselor from Pioneer Center East contacted the undersigned officer. This counselor worked with Mr. Pfluger while he was attending inpatient substance abuse treatment at PCE. The counselor advised Mr. Pfluger contacted her and said he had been kicked out of the Hutton House over the weekend. He reportedly told the counselor that he was at his significant other's residence, when someone entered the home with a firearm. Mr. Pfluger allegedly reported to the counselor that he chose to spend the night at his significant other's residence.

The undersigned officer has spoken to defense counsel and the defendant's mother. Both confirmed Mr. Pfluger was removed from the Hutton House. Attempts by the undersigned to contact Mr. Pfluger by telephone and collateral contacts have been unsuccessful. Additionally, the undersigned has attempted to contact Mr. Pfluger at the Hutton House and his significant other's residence without success. Mr. Pfluger's whereabouts are currently unknown.

PRAYING THAT THE COURT WILL ORDER A WARRANT

I declare under the penalty of perjury that the foregoing is true and correct.

Executed on: October 25, 2022

by s/Erik Carlson

Erik Carlson
U.S. Pretrial Services Officer

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

M. K. Dimke

Signature of Judicial Officer

10/25/2022
Date