PROB 12C
(6/16)

Report Date:  April 6, 2026

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 06, 2026

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raymond John Pfluger          Case Number: 0980 2:22CR00066-TOR1

Address of Offender: ██████████ Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 10, 2023

Original Offense:          Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. §
                           841(a)(1), (b)(1)(B)

Original Sentence:         Prison - 65 months;              Type of Supervision: Supervised Release
                           TSR - 60 months

Asst. U.S. Attorney:       U.S. Attorneys Office             Date Supervision Commenced: February 18, 2026

Defense Attorney:          Federal Defenders Office          Date Supervision Expires: February 17, 2031

---

### PETITIONING THE COURT

To issue a warrant.

On February 18, 2026, a supervision intake was completed with Raymond Pfluger.  Mr. Pfluger signed a copy of his judgment acknowledging an understanding of the conditions imposed by the court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition # 5**: You must live at a place approved by the probation officer.  If you plan to change where you live or anything about your living arrangements (such as the people  you live with), you must notify the probation officer at least 10 days before the change.  If notifying the probation officer in advance is not possible due to unanticipated circumstances, you must notify the probation officer within 72 hours of becoming aware of a change or expected change. |

**Supporting Evidence**: It is alleged that Ryamond Pfluger violated the terms of his supervised release by failing to report a change in his living arrangements, specifically who he is residing with, on or about March 22, 2026.

On April 1, 2026, a home visit was conducted.  A female was present at the residence who advised she had been staying there for approximately a week and a half.  Mr. Pfluger did not report this individual to the probation officer prior to this date.

**Prob12C**
**Re: Pfluger, Raymond John**
**April 6, 2026**
**Page 2**

2          **Standard Condition # 13**: You must follow the instructions of the probation officer related to the conditions of supervision.

**Supporting Evidence:** It is alleged that Raymond Pfluger violated the terms of his supervised release by failing to follow instructions of the probation officer, on or about April 1, 2026.

On April 1, 2026, a home visit was conducted. A female was present at the residence who advised she had been staying there for approximately a week and a half. She refused to provide the undersigned officer her name and date of birth. Mr. Pfluger was advised that the female could not reside with him given her refusal to provide her information. He was further advised that she needed to leave that same day and Mr. Pfluger was directed to follow up with the undersigned later that day to confirm she moved out. Mr. Pfluger failed to follow up with the undersigned officer.

3          **Standard Condition # 2**: After initially reporting to the probation office, you will receive instructions from the court or the probation officer about how and when to report to the probation officer, and you must report to the probation officer as instructed.

**Supporting Evidence:** It is alleged that Raymond Pfluger violated the terms of his supervised release by failing to report to the probation office, on or about April 2, 2026, or since.

On April 1, 2026, a home visit was conducted. A female was present at the residence who advised she had been staying there for approximately a week and a half. She refused to provide the undersigned officer her name and date of birth. Mr. Pfluger was advised that the female could not reside with him given her refusal to provide her information. He was further advised that she needed to leave that same day and Mr. Pfluger was directed to follow up with the undersigned later that day to confirm she moved out. Mr. Pfluger failed to follow up with the undersigned officer.

On April 2, 2026, attempts were made to contact Mr. Pfluger and have him report to the probation office that same day. A text message and voicemail message was sent to the offender at approximately 12 p.m. He did not respond or report on April 2, 2026. On April 2, 2026, the undersigned sent him an email at approximately 8:50 p.m., directing him to report the following morning by 8 a.m. Mr. Pfluger again failed to report. He has since made no contact with the probation office.

4          **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Raymond Pfluger violated the terms of his supervised release by failing to submit to a drug test, on or about April 2, 2026, or since.

On April 1, 2026, a home visit was conducted. A female was present at the residence who advised she had been staying there for approximately a week and a half. She refused to

Prob12C
**Re: Pfluger, Raymond John**
**April 6, 2026**
**Page 3**

provide the undersigned officer her name and date of birth. Mr. Pfluger was advised that the female could not reside with him given her refusal to provide her information. He was further advised that she needed to leave that same day and Mr. Pfluger was directed to follow up with the undersigned later that day to confirm she moved out. Mr. Pfluger failed to follow up with the undersigned officer.

On April 2, 2026, attempts were made to contact Mr. Pfluger and have him report to the probation office that same day. A text message and voicemail message was sent to the offender at approximately 12 p.m. He did not respond or report on April 2, 2026. On April 2, 2026, the undersigned sent him an email at approximately 8:50 p.m., directing him to report the following morning by 8 a.m. Mr. Pfluger again failed to report and failed to submit to a drug test.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/06/2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

---

## THE COURT ORDERS

[ ]    No Action
[X]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[ ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Thomas O. Rice

Signature of Judicial Officer

April 6, 2026

Date