PROB 12C
(6/16)

Report Date:  April 15, 2026

# United States District Court

for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2026

SEAN F. McAVOY, CLERK

Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raymond John Pfluger          Case Number: 0980 2:22CR00066-TOR-1

Address of Offender: ████████████  Spokane, Washington 99201

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 10, 2023

| | |
|---|---|
| Original Offense: | Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B) |

| | | | |
|---|---|---|---|
| Original Sentence: | Prison - 65 months; TSR - 60 months | Type of Supervision: Supervised Release | |
| Asst. U.S. Attorney: | U.S. Attorneys Office | Date Supervision Commenced:  February 18, 2026 | |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires:  February 17, 2031 | |

---

## PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violations previously reported to the Court on April 6, 2026.

On February 18, 2026, a supervision intake was completed with Raymond Pfluger.  Mr. Pfluger signed a copy of his judgment acknowledging an understanding of the conditions imposed by the court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |

**Supporting Evidence**: It is alleged that Raymond Pfluger violated the terms of his supervised release by consuming a controlled substance, methamphetamine, on or about April 2, 2026.

On April 10, 2026, treatment verification documents were received from Frontier Behavioral Health.  These documents noted that a drug test was conducted upon his admission to their facility and he tested positive for methamphetamine and Fentanyl.

Prob12C

**Re: Pfluger, Raymond John**
**April 15, 2026**
**Page 2**

On April 14, 2026, during a telephone call with Mr. Pfluger, he admitted to consuming methamphetamine and Fentanyl approximately 1 or 2 days after the undersigned officer conducted a home visit. A home visit was conducted on April 1, 2026.

6          **Special Condition # 6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: It is alleged that Raymond Pfluger violated the terms of his supervised release by consuming a controlled substance, Fentanyl on or about April 2, 2026.

On April 10, 2026, treatment verification documents were received from Frontier Behavioral Health. These documents noted that a drug test was conducted upon his admission to their facility and he tested positive for methamphetamine and Fentanyl.

On April 14, 2026, during a telephone call with Mr. Pfluger, he admitted to consuming methamphetamine and Fentanyl approximately 1 or 2 days after the undersigned officer conducted a home visit. A home visit was conducted on April 1, 2026.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    04/15/2026
_____

s/Melissa Hanson
_____

Melissa Hanson
U.S. Probation Officer

## THE COURT ORDERS

[  ]    No Action
[  ]    The Issuance of a Warrant
[  ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[  ]    Defendant to appear before the Judge assigned to the case.
[X]    Defendant to appear before the Magistrate Judge.
[  ]    Other

Prob12C
**Re: Pfluger, Raymond John**
**April 15, 2026**
**Page 3**

Signature of Judicial Officer

April 16, 2026

Date