PROB 12C
(6/16)

Report Date:  May 11, 2026

# United States District Court

### for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 15, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Raymond John Pfluger                 Case Number: 0980 2:22CR00066-TOR-1

Address of Offender: ███████  Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Thomas O. Rice, U.S. District Judge

Date of Original Sentence: May 10, 2023

Original Offense:          Distribution of 5 Grams or More of Actual (Pure) Methamphetamine, 21 U.S.C. § 841(a)(1), (b)(1)(B)

Original Sentence:        Prison - 65 months;              Type of Supervision: Supervised Release
                          TSR - 60 months

Asst. U.S. Attorney:      Earl Hicks                        Date Supervision Commenced: February 18, 2026

Defense Attorney:        Nathan Poston                     Date Supervision Expires: February 17, 2031

---

### PETITIONING THE COURT

To incorporate the violation(s) contained in this petition in future proceedings with the violations previously reported to the Court on April 6 and April 15, 2026.

On February 18, 2026, a supervision intake was completed with Raymond Pfluger.  Mr. Pfluger signed a copy of his judgment acknowledging an understanding of the conditions imposed by the Court.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 7 | **Special Condition #6**: You must abstain from the use of illegal controlled substances, and must submit to urinalysis and sweat patch testing, as directed by the supervising officer, but no more than 6 tests per month, in order to confirm continued abstinence from these substances. |
| | **Supporting Evidence**: It is alleged that Raymond Pfluger violated the terms of his supervised release by consuming a controlled substance, fentanyl, on or about April 28, 2026. |
| | On April 28, 2026, Mr. Pfluger appeared at Pioneer Human Services (PHS) for a random urinalysis as required.  The sample tested presumptive positive for fentanyl.  Mr. Pfluger denied use and the sample was sent to the lab for further analysis. |

Prob12C

**Re: Pfluger, Raymond John**
**May 11, 2026**
**Page 2**

On April 29, 2026, Mr. Pfluger reported to the probation office and submitted to a urinalysis. That sample also tested presumptive positive for fentanyl. He again denied use and the sample was sent to the lab for further analysis.

Lab reports have since been received for both specimens and both returned with positive results for fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    05/11/2026

s/Melissa Hanson

Melissa Hanson
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[X]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]    Defendant to appear before the Judge assigned to the case.
[ ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Thomas O. Rice

Signature of Judicial Officer

May 15, 2026

Date